# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STEVEN BIVENS, on behalf of himself and all persons similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>  Defendant. | CIVIL ACTION<br>FILE NO. 1:17-CV-0760-WSD-WEJ |

## DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Select Portfolio Servicing, Inc. ("SPS") hereby moves under Federal Rules of Civil Procedure 6 and 12(b)(6) for an order dismissing with prejudice the Class Action Complaint filed in this action by Plaintiff Steven Bivens, on behalf of himself and all persons similarly situated, including all claims and causes of action therein, because the Complaint fails to state a claim upon which relief can be granted and because Plaintiff has engaged in claim-splitting.

In support of this Motion, SPS relies upon its brief, filed contemporaneously herewith, any materials cited therein or attached thereto, and the pleadings in this case.

ATL:0530018/01294:548007v1

Dated: April 7, 2017.

         **LOCKE LORD LLP**

         *s/ Alexandra M. Dishun*
         Elizabeth J. Campbell
         Georgia Bar No. 349249
         *ecampbell@lockelord.com*
         Alexandra M. Dishun
         Georgia Bar No. 184502
         *adishun@lockelord.com*
         Terminus 200, Suite 1200
         3333 Piedmont Road, N.E.
         Atlanta, GA 30305
         (404) 870-4600
         (404) 806-5679 Facsimile

         *Attorneys for Defendant Select Portfolio Servicing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2017, I electronically filed **SELECT PORTFOLIO SERVICING, INC.'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT** and **BRIEF IN SUPPORT** with the Clerk of Court using the CM/ECF system, which will automatically serve the following counsel of record:

> Wayne Charles
> WAYNE CHARLES, PC
> 395 Highgrove Dr.
> Fayetteville, GA 30215
> *Attorney for Plaintiff*

> */s/ Alexandra M. Dishun*
> Alexandra M. Dishun
> Georgia Bar No. 184502
> *One of the Attorneys for*
> *Select Portfolio Servicing, Inc.*

ATL:0530018/01294:548007v1